1194

No. 95–8199. HANUS ET VIR v. SEARS, ROEBUCK & CO. ET AL. Ct. App. Neb. Certiorari denied.

No. 95–8202. HARVEY v. HAMILL ET AL. Sup. Ct. Del. Certiorari denied.

No. 95–8213. TEDDER v. JOHNSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 95–8214. RIKER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 95–8215. ROBERTS v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE. C. A. 7th Cir. Certiorari denied.

No. 95–8216. WESLEY v. JENKINS, CHIEF OF POLICE, ODESSA, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8217. BOYD v. NORTH CAROLINA. Super. Ct. N. C., Surry County. Certiorari denied.

No. 95–8219. TAYLOR v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE. C. A. 7th Cir. Certiorari denied.

No. 95–8221. HOYETT v. JONES, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8223. DWYER v. SPARKS. Sup. Ct. Colo. Certiorari denied.

No. 95–8226. IN RE BETHEA. Ct. Common Pleas of Dauphin County, Pa. Certiorari denied.

No. 95–8227. IGBO v. CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8228. MELANCON v. RADER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 95–8230. JEFFRESS v. SUTER, CLERK, SUPREME COURT OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.